

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ATTAULLAH KHAN,

                Petitioner,

v.

KRISTI NOEM, *et al.*,

                Respondents.

Case No.:  26-cv-1274-JO-MMP

**ORDER GRANTING PETITIONER'S MOTION TO ENFORCE COMPLIANCE [DKT. 11]**

On April 23, 2026, Petitioner Attaullah Khan filed a motion to enforce compliance the Court's March 13, 2026 order. Dkt. 11. On May 28, 2026, the Court held oral argument on the motion.  For the reasons stated on the record at oral argument, the Court GRANTS Petitioner's motion to enforce compliance [Dkt. 11] and ORDERS as follows:

1. Respondents shall RELEASE Petitioner by 5 p.m. on May 29, 2026. Respondents shall file an affidavit attesting to Petitioner's release by 5 p.m. on the following business day.

2. The Court ENJOINS Respondents from redetaining Petitioner during the pendency of her removal proceedings without first providing a bond hearing before an immigration judge to justify the deprivation of his liberty interest.  At

1

26-cv-1274-JO-MMP

any such hearing, the government must carry its burden of demonstrating, by clear and convincing evidence, that Petitioner poses a danger to the public or a flight risk that cannot reasonably be addressed by bond or conditional release. *See Singh v. Holder*, 638 F.3d 1196, 1203–05 (9th Cir. 2011). Respondents SHALL NOT deny Petitioner bond on the basis that (i) 8 U.S.C. § 1225(b) requires or authorizes mandatory detention; or that (ii) BIA precedent deprives the immigration judge of jurisdiction to decide bond. The immigration judge must consider Petitioner's financial circumstances and alternatives to bond as necessary in setting conditions of release. *See Hernandez v. Sessions*, 872 F.3d 976, 1000 (9th Cir. 2017). The bond hearing shall be transcribed.

3. Respondents shall file a declaration attesting to full compliance with these obligations. Respondents are ENJOINED from redetaining Petitioner **until 48 hours after** filing the declaration.

4. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: May 28, 2026

_____
Honorable Jinsook Ohta
United States District Judge

26-cv-1274-JO-MMP