# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Attaullah Khan

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-01274-JO-MMP

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The court GRANTS the Petitioner's Motion to Enforce Compliance and the case is hereby closed.

**Date:** 6/2/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ R. Contreras
R. Contreras, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-01274-JO-MMP

Respondents:

Kristi Noem, Secretary of the U.S. Department of Homeland Security; U.S. Department of Homeland Security; Pamela Bondi, Attorney General of the United States; Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement; Jeremy Casey, Warden, Imperial Regional Detention Facility in their official capacities;